IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| ROBERT REPA AND JEAN REPA, HUSBAND AND WIFE,<br><br>Plaintiffs<br><br>vs.<br><br>FRANK NAPIERKOWSKI, HILLTRUX TANK LINES, INC.,<br><br>Defendants | 1:19-cv-00101-RAL<br><br>RICHARD A. LANZILLO<br>UNITED STATES MAGISTRATE JUDGE<br><br>PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OR ARGUMENT OF PLAINTIFFS' DISCIPLINARY HISTORY OR FILE WITH THE FIRE DEPARTMENT [ECF NO. 81] |

ORDER

Plaintiffs have moved in limine to exclude "all evidence or argument related to Mr. Repa's disciplinary history with the Cambridge Springs Volunteer Fire Department." ECF No. 81 (citing, *inter alia*, Fed. R. Evid. 404(a)). Defendants "agree that this evidence is generally inadmissible at trial" and do not oppose the requested exclusion. ECF No. 107, ¶ 2. Therefore, Plaintiffs' motion is GRANTED. Defendants may, however, consistent with the Federal Rules of Evidence, utilize such evidence at trial *if* Plaintiffs open the door by introduction of character evidence putting the matter at issue. IT IS SO ORDERED.

BY THE COURT:

_____
RICHARD A. LANZILLO
UNITED STATES MAGISTRATE JUDGE