IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| ROBERT REPA and JEAN REPA, husband and wife,<br>　　　　Plaintiffs<br><br>v.<br><br>FRANK NAPIERKOWSKI and HILLTRUX TANK LINES, INC.,<br>　　　　Defendants | )<br>)<br>)<br>) No. 1:19-cv-101<br>)<br>)<br>) Richard A. Lanzillo<br>) United States Magistrate Judge<br>)<br>) |

## VERDICT SLIP

1. Was Defendant Frank Napierkowski negligent?

   Yes _____        No ___X___

If you answer Question 1 "yes", go to Question 2. If you answer Question 1 "no", the Plaintiffs cannot recover, and you should not answer any further questions. Tell the Court Officer you have reached a verdict.

2. Was the negligence of Frank Napierkowski a factual cause of any harm to Robert Repa?

   Yes _____        No _____

If you answer Question 2 "yes", go to Question 3.

If you answer Question 2 "no", then Plaintiffs cannot recover, and you should not answer any further questions. Please tell the Court Officer you have reached a verdict.

3. Was the Plaintiff, Robert Repa, negligent?

Yes _____          No _____

If you answer questions 3 "yes", then go to Question 4. If you answer Question 3 "no" then go to Question 6.

4. Was the negligence of Robert Repa a factual cause of any harm to him?

Yes _____          No _____

If you answer Question 4 "yes", then go to Question 5. If you answer Question 4 "no", then go to Question 6.

5. Taking the combined negligence that was a factual cause of any harm to the Plaintiff as 100%, what percentage of that negligence do you attribute to each party?

Percentage of negligence attributable to Frank Napierkowski:           _____%

Percentage of negligence attributable to Robert Repa:
(Answer only if you answered "yes" to Question 3 and 4 for
Robert Repa)                                                          _____%

If you have found Robert Repa's percentage of negligence is greater than 50%, then Plaintiffs cannot recover, and you should not answer any other questions. Please tell the Court Officer you have reached a verdict. If you have found Robert Repa's percentage of negligence is 50% or less, proceed to Question 6.

6. State the amount of damages sustained by Plaintiff Robert Repa.

   _____

   State the amount of damages sustained by Plaintiff Jean Repa.

   _____

   Advise the Court Officer that you have reached a verdict.

   _____
   Jury Foreperson

Date: 5-20-22