UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| ROBERT REPA AND JEAN REPA, ) <br> HUSBAND AND WIFE, ) <br>     *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> FRANK NAPIERKOWSKI AND ) <br> HILLTRUX TANK LINES, INC., ) <br>     *Defendants*. ) | Notice of Appeal <br><br> Civil Action No. 1:19-CV-00101 (Erie) |

## NOTICE OF APPEAL

Plaintiffs, Robert Repa and Jean Repa, hereby appeal to the United States Court of Appeals for the Third Circuit from the final judgment entered on the 3rd day of June, 2022.

Respectfully Submitted,

/s/ Matthew J. Lager
Matthew J. Lager
Pennsylvania Attorney ID: 314162
BERNARD STUCZYNSKI BARNETT & LAGER, PLLC
234 West Sixth Street
Erie, Pennsylvania 16507-1319
matt@erieinjury.com
814.452.6232
Fax 814.454.7488

Attorneys for Plaintiffs
Robert Repa and Jean Repa